654

Donald BROUSSARD, Plaintiff–Appellee,

v.

William R. WOODARD, III, Trooper, Defendant–Appellant.

No. 06–31299.

United States Court of Appeals, Fifth Circuit.

Dec. 17, 2007.

Thomas Williams Davenport, Jr., Davenport, Files & Kelly, Monroe, LA, for Plaintiff–Appellee.

Patrick Scott Wolleson GVT, The Boles Law Firm, Monroe, LA, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

For reasons explained by the United States Supreme Court in *Johnson v. Jones,* 515 U.S. 304, 115 S.Ct. 2151, 132 L.Ed.2d 238 (1995), we dismiss this appeal for lack of appellate jurisdiction.

**DISMISSED.**

---

* Pursuant to Fifth Circuit Rule 47.5, the Court has determined that this order should not be published and is not precedent except under the limited circumstances set forth in Rule 47.5.4.

